*L. Reilly*, for the State.

Nov. Term, 1856.

NORTON v.
THE BOARD OF COMMISSION-
ERS OF HUNT-
INGTON COUN-
TY.

---

NORTON *v.* THE BOARD OF COMMISSIONERS OF HUNTINGTON COUNTY.

This case comes within the case of *Langdon* v. *Applegate,*. 5 Ind. R., 327.

APPEAL from the *Huntington* Circuit Court.

*Per Curiam.*—On the 15th day of *March*, 1853,, the appellant commenced an action of assumpsit against the appellees in the *Huntington* Common Pleas. The cause was tried in *April* following, and resulted in a verdict and judgment for the plaintiff. An appeal was taken by the defendant to the Circuit Court on the 2d day of *May*, 1853. At the *February* term, 1854, of the Circuit Court, the plaintiff moved to dismiss the appeal, which motion was overruled. There was a trial by jury, verdict for the defendant, motion for a new trial overruled,. and judgment, from which the plaintiff appeals to this. Court. This case comes within the case of *Langdon* v.. *Applegate*, 5 Ind. R. 327.. The Circuit Court should have dismissed the appeal on the plaintiff's motion.

The judgment is reversed with costs. Cause remand-

*Monday,
November 24..*

Nov. Term,
1856.

ed to the Circuit Court, with instructions to dismiss the appeal.

*L. P. Milligan* and *J. R. Coffroth*, for the appellant.